JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>v.<br><br>WENDY'S INTERNATIONAL, INC. dba WENDY'S #8982; SOUTHWESTERN REAL ESTATE HOLDINGS, INC.,<br><br>    Defendants. | Case No. 2:12-cv-05061-MWF-SS<br><br>**ORDER RE:**<br>**JOINT STIPULATION FOR**<br>**DISMISSAL** |

Upon consideration of the Joint Stipulation for Dismissal submitted by Plaintiff Chris Kohler and Defendants Wendy's International, Inc. dba Wendy's #8982 and Southwestern Real Estate Holdings, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety. Each party shall bear its own respective attorneys' fees, expert fees and costs.

IT IS SO ORDERED.

Dated: December 13, 2012

_____
The Honorable Michael W. Fitzgerald